IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BEVERLY ENTERPRISES-MISSISSIPPI,
INC. d/b/a BEVERLY HEALTHCARE-
EASON                                                                                    PLAINTIFF

vs.                                                                                      No. 1:04CV276-D-D

BERTHA POWELL and JENNIFER PRUITT,
Wrongful Death Beneficiaries of Charles McAlister                                        DEFENDANTS

ORDER DENYING PETITION TO COMPEL ARBITRATION

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's petition seeking an order compelling arbitration (docket entry 1) is DENIED; and

(2) this case is CLOSED.

SO ORDERED, this the 16th day of February 2006.

/s/ Glen H. Davidson
Chief Judge